1 PHILLIP A. TALBERT
United States Attorney
2 ROBERT J. ARTUZ
Special Assistant U.S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700

5 Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. ROLLINS,<br><br>Defendant. | CASE NO. 2:16-CR-00222-KJN<br><br>ORDER DISMISSING COUNTS EIGHT AND NINE OF THE SUPERSEDING INFORMATION<br><br>DATE: August 30, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

The United States of America's Motion to Dismiss Counts Eight and Nine of the Superseding Information, as well as the original Information (ECF 14), without prejudice is GRANTED.

IT IS SO ORDERED.

Dated: August 16, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE