PHILLIP A. TALBERT
United States Attorney
ROBERT J. ARTUZ
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON P. ROLLINS,<br><br>Defendant. | CASE NO. 2:16-CR-00222-KJN<br><br>STIPULATION TO SET BENCH TRIAL, BRIEFING SCHEDULE, AND HEARING DATE FOR UNITED STATES' MOTION TO TRANSFER<br><br>DATE: August 30, 2017<br>TIME: 9:00 a.m.<br>COURT: Hon. Kendall J. Newman |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial confirmation hearing on August 30, 2017 and a jury trial on September 29, 2017. ECF 30.

2. On August 14, 2017, the United States moved to dismiss counts eight and nine of the Superseding Information, leaving only Class B Misdemeanors in the case (counts one through seven). ECF 31.

3. Given that only Class B Misdemeanors remain in this case, the United States intends to move to transfer this case back to the Redding Division of the United States District Court for the Eastern District of California, which is the Division to which the offenses of counts one through seven

were originally assigned. *See* Case No. 3:16-MJ-00016-CMK (E.D. Cal.). The defendant intends to oppose that motion.

4. By this stipulation, the parties jointly move to vacate the jury trial scheduled on September 29, 2017. The parties also jointly move for the Court to set the following briefing and hearing schedule on the United States' anticipated motion to transfer. The parties also jointly move for the Court to tentatively set a bench trial in this case on October 23, 2014, with the understanding that the Court will vacate the bench trial if it grants the United States' motion to transfer.

| Event | Deadline |
|---|---|
| Deadline for United States to File Motion to Transfer | August 15, 2017 |
| Deadline for Defense to File Opposition to Motion to Transfer | August 22, 2017 |
| Deadline for United States to File Reply Brief | August 24, 2017 |
| Hearing on Motion to Transfer | August 30, 2017 |
| Tentative Bench Trial | October 23, 2017 |

IT IS SO STIPULATED.

Dated: August 14, 2017　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　/s/ ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　　ROBERT J. ARTUZ
　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney


Dated: August 14, 2017　　　　　　　　　　/s/ LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　LINDA ALLISON
　　　　　　　　　　　　　　　　　　　　　Counsel for Defendant
　　　　　　　　　　　　　　　　　　　　　JASON P. ROLLINS

　　　　　　　　　　　　　　　　　　　　　(with permission via email)

/ / /

/ / /

/ / /

STIPULATION AND ORDER TO SET BENCH TRIAL,　　　　2
BRIEFING SCHEDULE AND HEARING DATE

**ORDER**

The Court adopts the parties' proposed briefing and hearing schedule and vacates the jury trial scheduled for September 29, 2017. Further the Court sets a tentative bench trial on October 23, 2017.

IT IS SO ORDERED this 15th day of August 2017.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE